# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SLINGER MANUFACTURING COMPANY, INC.,**

          Plaintiff,

    -vs-                                   Case No. 08-C-656

**NEMAK, S.A., a Mexican sociedad anonima,
NEMAK OF CANADA CORPORATION,
a Nova Scotia company,
NEMAK ALUMINIO DE MEXICO, S.A.
DE C.V., a Mexican sociedad anonima de
capital variable,
HENAN ZHONGYUAN
ENGINE FITTINGS STOCK CO., LTD.,
a Chinese corporation,**

          Defendants.

## DECISION AND ORDER

The Plaintiff, Slinger Manufacturing Company, Inc. ("Slinger") has filed a motion for a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure. Slinger indicates it has given notice to counsel for the Defendants.

The standards for a temporary restraining order and preliminary injunction are identical. *Tran v. Kriz*, No. 08-C-228, 2008 WL 794546, *6 (E.D. Wis. March 21, 2008). Having considered the submissions of the parties and the file in this matter, the Court concludes that Slinger has not satisfied the criteria for a restraining order. *See Woods v. Buss*, 496 F.3d 620, 622 (7th Cir. 2007). Therefore, Slinger's motion for a temporary restraining order is denied. The Court will consider the motion as seeking preliminary

injunctive relief. The Defendants may e-file a response by Monday August 4, 2008. The Court will conduct a telephonic hearing on the matter on Tuesday, August 5, 2008, at 2:00 p.m. (Central Time).

Dated at Milwaukee, Wisconsin, this 1st day of August, 2008.

**SO ORDERED,**

*s/ Rudolph T. Randa*
**HON. RUDOLPH T. RANDA**
**Chief Judge**